### Improto *v.* Kelly et al., Appellants.

Before SCIRICA, J.

Argued September 12, 1974. *John C. Bonner,* with him *McTighe, Brown, Weiss, Bonner and Stewart,* for appellants; *Malcolm B. Jacobson,* with him *Harry M. Sablosky,* for appellee.

Judgment affirmed.

### Layman *v.* Layman, Appellant.

Before STANZIANI, J.

Argued September 10, 1974. *Alexander A. Di Santi,* with him *Richard, Brian, Di Santi & Hamilton,* for appellant; *Andrew B. Cantor,* with him *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellee.

Order affirmed.

### Mabel Baudoux, Inc. *v.* Blumberg, Appellant.

Argued September 12, 1974. *T. McGrath,* with him *George Gershenfeld,* for appellant; *Howard Wallner,* for appellee.

Order affirmed.